# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:17-CR-0157 DAD BAM and |
| Plaintiff, | Case No. 1:17-CR-0158 DAD BAM |
| v. | ORDER SEALING |
| DUSTIN HARDIN, | |
| Defendant. | |

The Court has received and reviewed a letter from Defendant Dustin Hardin dated May 21, 2018. Good cause appearing, Defendant's letter dated May 21, 2018, shall be filed under seal in the above-captioned criminal actions until further order of the Court.

IT IS SO ORDERED.

Dated: 6/12/18

UNITED STATES MAGISTRATE JUDGE

1