Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Dustin Hardin

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 1:17-cr-00158-DAD-BAM |
| Plaintiff, | 1:17-cr-00157-DAD-BAM |
| vs. | **STIPULATION FOR CONTINUANCE OF SENTENCING AND ORDER** |
| **Dustin Hardin**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Dustin Hardin, by and through his counsel, Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney Melanie Alsworth, that the sentencing hearing originally scheduled for May 28, 2019 at 10:00 a.m., shall be continued to **June 17, 2019 at 10:00 a.m. due to medical reasons on behalf of the defendant.**

Dated: May 23, 2019                                    */s/Nicco Capozzi*
                                                       Nicco Capozzi
                                                       Attorney for Defendant


Dated: May 23, 2019                                    */s/Melanie Alsworth*
                                                       Melanie Alsworth
                                                       Attorney for the United States

1

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for May 28, 2019, is continued to June 17, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 23, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE