MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00158 DAD |
| Plaintiff, | CASE NO. 1:17-CR-00157 DAD |
| v. | ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4241(b) |
| DUSTIN HARDIN, | |
| Defendant. | |

On June 17, 2019, immediately prior to the sentencing hearing, defendant's counsel represented his concern that his client lacks the present ability to consult with counsel in a meaningful way and that he is unable to assist properly in his defense. Defendant's counsel made an oral motion for an evaluation to determine defendant's mental competency to stand trial.

The Court finds that it is required to order a psychiatric or psychological examination if there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See generally Chavez v. United States*, 656 F.2d 512, 516-18 (9th Cir. 1981). Based upon representation of defendant's counsel, the Court grants defendant's motion and orders a psychiatric or psychological examination.

THEREFORE, IT IS ORDERED that pursuant to 18 U.S.C. § 4241(b), a psychiatric or psychological examination of defendant Dustin Hardin be conducted and that a psychiatric or

1

psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).  It is further ORDERED that the defendant is committed to the custody of the Attorney General, and the United States Marshal's Service is directed to transfer defendant to a suitable facility for examination.

IT IS SO ORDERED.

Dated:  **June 19, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE